AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ Columbia

Dennis R. Wicks, M.D.,

**SUMMONS IN A CIVIL ACTION**

V.

United States of America

Case: 1:07-cv-00653
Assigned To : Kennedy, Henry H.
Assign. Date : 4/9/2007
Description: Wicks v. USA

**RECEIVED**

MAY 2 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO: (Name and address of Defendant)

Alberto Gonzales,
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Dennis R. Wicks, M.D.
25224 Holiday Trail
Custer, South Dakota 57730

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                                APR 0 9 2007
_____                      _____
CLERK                                                   DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 15 May 07 |
| NAME OF SERVER (PRINT) Dennis R Wicks MD | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Registered Mail

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  15 May 07          Dennis R Wicks MD
                Date                    Signature of Server

C/O 25224 Holiday Trail
Custer SD  57730
              Address of Server

Received
Mail Room
MAY 2 1 2007
Nancy Mayer-Whittington, Clerk
U.S. District Court, District of Columbia

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Columbia

Dennis R. Wicks, M.D.,

**SUMMONS IN A CIVIL ACTION**

V.

United States of America

Case: 1:07-cv-00653
Assigned To : Kennedy, Henry H.
Assign. Date : 4/9/2007
Description: Wicks v. USA

TO: (Name and address of Defendant)

Kenneth L. Wainstein,
United States Attorney, District of Columbia
555 4th Street, NW
Washington, District of Columbia 20530
Attention: Civil Process Clerk

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Dennis R. Wicks, M.D.
25224 Holiday Trail
Custer, South Dakota 57730

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                         APR 0 9 2007
CLERK                                            DATE

(By) DEPUTY CLERK

⌘AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE *15 May 07* |
| NAME OF SERVER *(PRINT)* *Dennis R Wicks MD* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): *Registered Mail*

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *15 May 07*
          Date

*Signature of Server: Dennis R Wicks MD*

*c/o 25224 Holiday Trail*
*Custer SD 57730*
          Address of Server

Received
Mail Room
MAY 21 2007
Nancy Mayer Whittington, Clerk
U.S. District Court, District of Columbia

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.