**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DENNIS R. WICKS, M.D.,**<br><br>        **Plaintiff,**<br><br>        **v.**<br><br>**UNITED STATES OF AMERICA,**<br><br>        **Defendant.** | **Civil Action 07-00653 (HHK)** |

**ORDER DIRECTING PLAINTIFF TO RESPOND**
**TO DEFENDANT'S MOTION TO DISMISS**

This matter comes before the court upon Defendant's motion to dismiss Plaintiff's complaint [#3], filed May 29, 2007.  In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the D.C. Circuit held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion.  "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509.

Accordingly, it is this **29th** of May, 2007, hereby

**ORDERED** that Plaintiff file an opposition to Defendant's motion on or before June 26, 2007.  If Plaintiff fails to file a response or opposition to Defendant's motion by this deadline, the court may treat the motion as conceded and enter judgment in favor of Defendant.  *See* LCvR 7(b).

                                        Henry H. Kennedy, Jr.
                                        United States District Judge