UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**DENNIS R. WICKS,**

            **Plaintiff,**

          **v.**                              Civil Action 07-00653 (HHK)

**UNITED STATES,**

            **Defendant.**

**ORDER**

Pursuant to Fed. R. Civ. P. 58 and for the reasons stated by the court in its Memorandum Opinion docketed this same day, it is this 24th day of March 2008, hereby

**ORDERED** that this action is **DISMISSED**.

Henry H. Kennedy, Jr.
United States District Judge